AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

4.20.2023

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sam David Harris, Jr. | ) | Case No. 3:23-mj-1206-MCR |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 20, 2023** in the county of **Clay** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4) | Possession of visual depictions of minors engaged in sexually explicit conduct. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Benjamin J. Luedke, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/20/2023

_____
*Judge's signature*

City and state: Jacksonville, Florida

Monte C. Richardson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Benjamin J. Luedke, being duly sworn, state as follows:

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI), the investigative arm of Immigration and Customs Enforcement (ICE), formerly known as the United States Customs Service. I have been assigned to the Office of the Assistant Special Agent in Charge, Jacksonville, Florida since August 2007. Prior to that, I was assigned to the Blaine, Washington office, beginning in July of 2002. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I have attended the Basic Criminal Investigator School and the United States Immigration and Customs Enforcement Academy at the Federal Law Enforcement Training Center in Brunswick, Georgia, and I have received training in the area of Customs laws. In my capacity as a Special Agent, I have participated in numerous types of investigations during which I have conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, extradition cases, and other complex investigations. Prior to my employment with HSI, I worked as a federal police officer with the U.S. Capitol Police from June 2000 to March 2002. Since becoming a

1

Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate child exploitation offenses.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent and have served as an undercover agent in online child exploitation cases. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), and the Clay County Sheriff's Office (CCSO), among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of establishing

2

probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Sam David HARRIS Jr. has committed a violation of 18 U.S.C. § 2252(a)(4)(B), that is, knowing possession of visual depiction of minors engaged in sexually explicit conduct.

4. This affidavit is made in support of a criminal complaint against Sam David HARRIS Jr., charging that on or about April 20, 2023, in Clay County, in the Middle District of Florida, HARRIS Jr. did knowingly possess a matter, that is, a SanDisk Cruzer 16GB thumb drive, Model [strikethrough: serial] number SDCZ36016G, which contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, the visual depictions were of such conduct, and at least one of which depictions involved a prepubescent minor, in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2).

5. On April 19, 2023, I applied for and obtained a federal search warrant for the residential premises located at 1600 Twin Oak Drive West, Middleburg, FL 32068 that I believed to be the residence of HARRIS Jr. This search warrant authorized the search of this residential premises for fruits, evidence, and instrumentalities of violations of 18 U.S.C. §§ 2252 and 2252A. A copy of the search

warrant, along with the application and supporting affidavit for this search warrant is attached hereto as Exhibit A, and the facts and information contained therein are incorporated by reference herein.

6. On the morning of April 20, 2023, I, together with other HSI Jacksonville Special Agents and Task Force Officers (TFO), executed this search warrant at approximately 8:30 a.m. at the residential premises located at 1600 Twin Oak Drive West, Middleburg, FL 32068. HARRIS Jr. was encountered at this residence during execution of the search warrant.

7. TFO Detective (Det.) Ryan Ellis and I made contact with HARRIS Jr. After being advised of and waiving his constitutional rights, HARRIS Jr. agreed to speak with us in a government vehicle. This interview was audio recorded. HARRIS Jr. provided, in summary and among other things, the following information:

HARRIS Jr. acknowledged his date of birth of 9/21/XXXX and advised he has lived at his current residence for seven years. HARRIS provided his phone number but indicated his phone "is lost right now." HARRIS advised his email address is duval921@gmail.com. HARRIS advised he has a Samsung Galaxy phone and that he thinks he "got it last year sometime." He acknowledged his prior phone was also a Samsung. He advised his phone is password protected and nobody else uses it. When asked about Dropbox, HARRIS Jr. stated, "Nope" and then stated, "I had it for work one year, but I

4

stopped using it." During further questioning, HARRIS Jr. denied viewing CSAM but stated, "I do go on some really sketchy websites." HARRIS Jr. explained how Dropbox works and advised that he downloaded some files "and then all of a sudden I'm locked out of my Dropbox." At this point, HARRIS Jr. denied knowing what kind of files were in the folder he downloaded. HARRIS Jr. acknowledged that his email address is associated to the Dropbox account. When asked if he has ever seen CSAM, HARRIS Jr. stated, "I mean scrolling past, yeah" but then claimed he doesn't watch CSAM. In reference to viewing CSAM, HARRIS Jr. stated, "How many times have I seen it? Probably those 4 times recently," but claimed to not know what it was and then deleted it.

8. During a search of the residence, a SanDisk Cruzer 16GB thumb drive, model number SDCZ36016G, was discovered concealed in the bottom portion of a small box in the top drawer of the nightstand to the right of the bed. Also discovered in the top drawer of the nightstand was a prescription medicine container bearing HARRIS Jr.'s name and a medical marijuana container bearing HARRIS Jr.'s name. Subsequent onsite forensic preview of the SanDisk Cruzer 16GB thumb drive by HSI Computer Forensic Analyst (CFA) Antonio Contes led to the discovery of numerous videos and images depicting child pornography. One such video is described as follows:

FILE NAME: Carved_3GP_16703072

DESCRIPTION: This is a color video, approximately 50 seconds in length. The onset of the video is from just above a prepubescent female child's face and body. The child appears to be standing in front of an adult male. As the camera pans slightly towards the male, the child is manipulating the adult male's bare erect penis. At approximately the 11 second mark, the adult male's penis is inserted into the child's mouth and continues to be inserted throughout the remainder of the video. I have probable cause to believe the female in the video is a prepubescent minor child based on the child-like size of her body, child-like facial features, and the lack of any breast development. Based on my training and experience, as well as my review of this video, I have probable cause to believe that this video depicts at least one prepubescent minor engaged in sexually explicit conduct, that is, oral-genital sexual intercourse, and therefore constitutes child pornography pursuant to 18 U.S.C. § 2256.

9. CFA Contes conducted open-source research and discovered SanDisk products are manufactured in China, Thailand, Malaysia, and Taiwan.

10. Later on April 20, 2023, I spoke with Assistant United States Attorney (AUSA) Kelly S. Karase by telephone and advised her of, among other things, the

information set forth above, and AUSA Karase authorized the arrest of HARRIS Jr. for knowing possession of child pornography.

11.     Based upon the foregoing facts, I have probable cause to believe that on or about April 20, 2023, in the Middle District of Florida, SAM DAVID HARRIS Jr. did knowingly possess a matter, that is, a SanDisk thumb drive, model number model number SDCZ36016G, which contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, the visual depictions were of such conduct, and at least one of the depictions involved a prepubescent minor, in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2).

_____
Benjamin J. Luedke, Special Agent
Homeland Security Investigations

Sworn to before me this
this 20th day of April, 2023

_____
MONTE C. RICHARDSON
United States Magistrate Judge

7